STATE OF OREGON,
*Respondent,*

*v.*

DREXEL RAE HASKINS,
*Appellant.*

(9105-0915A; CA A73553)

855 P2d 667

Sally L. Avera, Deputy Public Defender, Salem, argued the cause and filed the brief for appellant.

Janet A. Klapstein, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

## PER CURIAM

Defendant was charged with burglary in the first degree and aggravated theft. ORS 164.225; ORS 164.057. Pursuant to plea negotiations, defendant pled no contest to the burglary offense, and the state dismissed the theft charge. Defendant's sentence resulted from the agreement, and we may not review her claim of error that the departure sentence imposed was not supported by substantial and compelling reasons. ORS 138.222(2)(d); *State v. Adams*, 315 Or 359, 847 P2d 397 (1993); *State v. Tanner*, 121 Or App 104, 854 P2d 941 (1993); *State v. Kilborn*, 120 Or App 462, 852 P2d 935 (1993); *State v. Johnston*, 120 Or App 165, 851 P2d 1156 (1993).

Affirmed.